UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :
                            :
vs.                         :   CRIMINAL No. 11-83-04
                            :
RANDY TROST                 :
        *Defendant*         :
                            :

## ORDER

AND NOW, this 18th day of November, 2011, defendant's Motion for Joinder in other motions is GRANTED.

SURRICK, J.

Fax to:
Sweet
Scuderi
11-18-11